# United States Bankruptcy Court
## Western District of Texas - Austin

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mangia Pizza Investments, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-0734762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8012 Mesa Drive**<br>**Austin, TX**<br>ZIP Code **78731** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **8012 Mesa Drive Austin, TX 78731** | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mangia Pizza Investments, LP** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>      Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Mangia Pizza Investments, LP**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**  **/s/ Lynn Hamilton Butler**
Signature of Attorney for Debtor(s)

**Lynn Hamilton Butler 03527350**
Printed Name of Attorney for Debtor(s)

**Brown McCarroll, L.L.P.**
Firm Name

**111 Congress Avenue, Suite 1400**
**Austin, TX 78701**

Address

**512/472-5456  Fax: 512/479-1101**
Telephone Number

**November 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ R. Jeff Sayers, Director of GP**
Signature of Authorized Individual

**R. Jeff Sayers, Director of GP**
Printed Name of Authorized Individual

**Director, Mangia Pizza Management, L.L.C.**
Title of Authorized Individual

**November 19, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas - Austin

In re   **Mangia Pizza Investments, LP**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service**<br>**P.O. Box 145595**<br>**MC 8420G**<br>**Cincinnati, OH 45250-5595** | **Internal Revenue Service**<br>**P.O. Box 145595**<br>**MC 8420G**<br>**Cincinnati, OH 45250-5595** | | | 143,123.70 |
| **Romisnki** | **Romisnki** | | | 87,332.66 |
| **Texas Comptroller**<br>**Carole Keeton Strayhorn**<br>**P.O. Box 13528**<br>**Austin, TX 78711-3528** | **Texas Comptroller**<br>**Carole Keeton Strayhorn**<br>**P.O. Box 13528**<br>**Austin, TX 78711-3528** | | | 75,613.20 |
| **Comptroller of Public Accounts**<br>**111 E 17th Street**<br>**Austin, TX 78774-0100** | **Comptroller of Public Accounts**<br>**111 E 17th Street**<br>**Austin, TX 78774-0100** | | | 75,613.20 |
| **Sage 3006 - Guadalupe, Ltd**<br>**1717 West 6th St., Suite 380**<br>**Austin, TX 78703** | **Sage 3006 - Guadalupe, Ltd**<br>**1717 West 6th St., Suite 380**<br>**Austin, TX 78703** | | | 68,239.15 |
| **Rewards Network**<br>**Two North Riverside Plaza, Suite 950**<br>**Chicago, IL 60606** | **Rewards Network**<br>**Two North Riverside Plaza, Suite 950**<br>**Chicago, IL 60606** | | | 54,916.14 |
| **Capital One**<br>**P.O. Box 650007**<br>**Dallas, TX 75265** | **Capital One**<br>**P.O. Box 650007**<br>**Dallas, TX 75265** | | | 45,731.16 |
| **HEB Grocery Company, LP**<br>**Attn:  Shopping Center**<br>**P.O. Box 839955**<br>**San Antonio, TX 78283-3995** | **HEB Grocery Company, LP**<br>**Attn:  Shopping Center**<br>**P.O. Box 839955**<br>**San Antonio, TX 78283-3995** | | | 40,888.26 |
| **Bank of America (3366)**<br>**P.O. Box 650260**<br>**Dallas, TX 75265-0260** | **Bank of America (3366)**<br>**P.O. Box 650260**<br>**Dallas, TX 75265-0260** | | | 33,823.64 |
| **Roma of Dallas (3)**<br>**5225 Investment Drive**<br>**Dallas, TX 75236** | **Roma of Dallas (3)**<br>**5225 Investment Drive**<br>**Dallas, TX 75236** | | | 26,305.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Mangia Pizza Investments, LP**  
                 Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Roma of Dallas (1)<br>5225 Investment Drive<br>Dallas, TX 75236 | Roma of Dallas (1)<br>5225 Investment Drive<br>Dallas, TX 75236 | | | 24,381.37 |
| Bank of America (9721)<br>P.O. Box 650260<br>Dallas, TX 75265-0260 | Bank of America (9721)<br>P.O. Box 650260<br>Dallas, TX 75265-0260 | | | 24,365.72 |
| Bank of America (3374)<br>P.O. Box 650260<br>Dallas, TX 75265-0260 | Bank of America (3374)<br>P.O. Box 650260<br>Dallas, TX 75265-0260 | | | 21,351.75 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | 17,771.42 |
| Bank of America (7240)<br>P.O. Box 650260<br>Dallas, TX 75265-0260 | Bank of America (7240)<br>P.O. Box 650260<br>Dallas, TX 75265-0260 | | | 17,522.75 |
| Roma of Dallas (5)<br>5225 Investment Drive<br>Dallas, TX 75236 | Roma of Dallas (5)<br>5225 Investment Drive<br>Dallas, TX 75236 | | | 13,702.08 |
| Internal Revenue Service<br>Austin, TX 78701 | Internal Revenue Service<br>Austin, TX 78701 | | | 6,380.00 |
| Cawoods Produce -1<br>2311 W. Rundberg, #120<br>Austin, TX 78758 | Cawoods Produce -1<br>2311 W. Rundberg, #120<br>Austin, TX 78758 | | | 5,823.99 |
| Cawoods Produce -3<br>2311 W. Rundberg, #120<br>Austin, TX 78758 | Cawoods Produce -3<br>2311 W. Rundberg, #120<br>Austin, TX 78758 | | | 5,438.05 |
| Travis County Tax Assessor<br>P.O. Box 1748<br>Austin, TX 78767 | Travis County Tax Assessor<br>P.O. Box 1748<br>Austin, TX 78767 | | | 5,365.57 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Director, Mangia Pizza Management, L.L.C. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 19, 2010**      Signature **/s/ R. Jeff Sayers, Director of GP**  
                                                       **R. Jeff Sayers, Director of GP**  
                                                       **Director, Mangia Pizza Management, L.L.C.**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas - Austin

In re: **Mangia Pizza Investments, LP**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director, Mangia Pizza Management, L.L.C. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 19, 2010**

**/s/ R. Jeff Sayers, Director of GP**
**R. Jeff Sayers, Director of GP/Director, Mangia Pizza Management, L.L.C.**
Signer/Title

ABCO Paper
P.O. Box 81692
Austin, TX 78708-1692

ADT Security Services-CO
P.O. Box 371956
Pittsburgh, PA 15250-7956

Allied Insurance
401 Congress Ave., Suite 1400
Austin, TX 78701

Alon Properties
409 W. 38th, Suite 102
Austin, TX 78701

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Answer 360 Telecommunications
2625 8th Ave., Suite 100
Fort Worth, TX 76110

APD Alarm Unit
P.O. Box 684279
Austin, TX 78768-4279

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL 60197-5017

ATMOS Energy
P.O. Box 78108
Phoenix, AZ 85062-8108

Auto-Chlor Services, Inc.
3914 Gattis School Rd., Suite 103
Round Rock, TX 78664

Bank of America (3366)
P.O. Box 650260
Dallas, TX 75265-0260

Bank of America (3374)
P.O. Box 650260
Dallas, TX 75265-0260


Bank of America (7240)
P.O. Box 650260
Dallas, TX 75265-0260


Bank of America (9721)
P.O. Box 650260
Dallas, TX 75265-0260


Barett Brannam


Barry Coffman, C.P.A.
4131 Spicewood Springs Rd., Suite B-1
Austin, TX 78759-8658


Best of Round Rock


Capital One
P.O. Box 650007
Dallas, TX 75265


Cawoods Produce -0
2311 W. Rundberg, #120
Austin, TX 78758


Cawoods Produce -1
2311 W. Rundberg, #120
Austin, TX 78758


Cawoods Produce -3
2311 W. Rundberg, #120
Austin, TX 78758


Cintas Corporation #86
P.O. Box 630921
Cincinnati, OH 45263-0921

City of Austin
P.O. Box 2267
Austin, TX 78783-2267


City of Austin (Alcohol Bev Permits)
FSD Controller's Office
P.O. Box 2920
Austin, TX 78768


Community Coffee
P.O. Box 60141
New Orleans, LA 70160-0141


Comptroller of Public Accounts
111 E 17th Street
Austin, TX 78774-0100


Costco Wholesale
P.O. Box 34535
Seattle, WA 98124-1535


Directtv
P.O. Box 60036
Los Angeles, CA 90060-0036


Eco Box
Box 2212 Rutland Dr.
Austin, TX 78758


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


HEB Grocery Company, LP
Attn:  Shopping Center
P.O. Box 839955
San Antonio, TX 78283-3995


Hobart Sales and Service
P.O. Box 93852
Chicago, IL 60673-3852


Home Depot
P.O. Box 6028
The Lakes, NV 88901-6028

Imperial Premium Finance Company
P.O. Box 0570
Carol Stream, IL 60132


Internal Revenue Service
P.O. Box 145595
MC 8420G
Cincinnati, OH 45250-5595


Internal Revenue Service
Austin, TX 78701


JD Service Company, LLC
9540 North Highway 183
Florence, TX 76527


Knife Sharpist
4703 Burnet Rd.
Austin, TX 78756


Labatt Food Service
P.O. Box 137
San Antonio, TX 78291-0137


Less Networks


Liquid Environmental Solutions of Texas
P.O. Box 671064, Dept. 6
Dallas, TX 75267-1064


Mesa Plaza, Ltd.
P.O. Box 161507
Austin, TX 78716-1507


NuCO2
P.O. Box 9011
Stuart, FL 34995-9011


Pepsi-Cola
P.O. Box 841828
Dallas, TX 75284-1828

Praxair Distribution, Inc.
P.O. Box 120812, Dept. 0812
Dallas, TX 75312-0812


Proactive Network Services
P.O. Box 5760
Round Rock, TX 78683-5760


Rewards Network
Two North Riverside Plaza, Suite 950
Chicago, IL 60606


Roma of Dallas (1)
5225 Investment Drive
Dallas, TX 75236


Roma of Dallas (3)
5225 Investment Drive
Dallas, TX 75236


Roma of Dallas (5)
5225 Investment Drive
Dallas, TX 75236


Romisnki


Round Rock Tax Office


Sage 3006 - Guadalupe, Ltd
1717 West 6th St., Suite 380
Austin, TX 78703


Segovia Produce Ltd.
4618 E. 7th Street
Austin, TX 78702


Sun Country Filters
94 Dupree
Buda, TX 78610

Telwest Network Services
P.O. Box 81553
Austin, TX 78708-8708


TexaFrance Inc
P.O. Box 27228
Austin, TX 78755-2228


Texas Comptroller
Carole Keeton Strayhorn
P.O. Box 13528
Austin, TX 78711-3528


Texas Comptroller of Public Accounts
Carole Keeton Strayhorn
P.O. Box 13528
Austin, TX 78711-3528


Texas Gas Service
P.O. Box 269042
Oklahoma City, OK 73126-9042


Texas Workforce Commission
Tax-Collections
101 E. 15th Street
Austin, TX 78778-0001


The Beergas Company
P.O. Box 305
Salado, TX 76571


The Bug Master
P.O. Box 15090
Austin, TX 78761-5090


The Cake Plate
1104 Cuernavaca
Austin, TX 78733


The Universtiy of Texas at Austin
P.O. Box 7666
Austin, TX 78713-7666

Time Warner Cable
P.O. Box 650025
Dallas, TX 75265-0025


Travis County Tax Assessor
P.O. Box 1748
Austin, TX 78767


Waste Management (Longhorn Disposal)
9708 Giles Lane
Austin, TX 78754


West Sixth Holdings, LLC
707 West Tenth St.
Austin, TX 78701


Whale Fund I, LP
2901 Bee Caves Road, Suite K
Austin, TX 78746